UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

N.A., et al.,

                Plaintiffs,

against

NYC DEPARTMENT OF EDUCATION, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 4048 (ALC) (SLC)

**ORDER FOR STATUS REPORT**

**SARAH L. CAVE,** United States Magistrate Judge.

By **Monday, August 3, 2020**, the parties shall file a joint status letter on the progress of settlement negotiations.

Dated:     New York, New York
          July 27, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**