**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------ x
N.A., ET AL.,                                                      :
                                                                   :
                                    Plaintiffs,                    :
                                                                   :
                -against-                                          :
                                                                   :
NYC DEPARTMENT OF EDUCATION, ET AL.,                               :
                                                                   :
                                    Defendants.                    :
                                                                   :
------------------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/28/2020

1:18-cv-04048-ALC-SLC
<u>**ORDER**</u>

**ANDREW L. CARTER, JR., District Judge:**

In light of the Stipulation of Settlement and Order of Dismissal filed in this matter yesterday, ECF No. 70, the Clerk the Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**
**Dated:     New York, New York**
            **October 28, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

1